CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GAURAV SHARMA,<br><br>             Plaintiff,<br><br>      v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>             Defendants. | Case No. 5:26-cv-03022-SVK<br><br>**STIPULATION REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b); [PROPOSED] ORDER** |

Plaintiff commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate his application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Plaintiff had been interviewed. USCIS now is prepared to resolve this matter by adjudicating Plaintiff's application for naturalization. However, USCIS cannot adjudicate the application until the Court remands the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

Accordingly, subject to the Court's approval, IT IS HEREBY STIPULATED that:

Stipulation to Remand
Case No. 5:26-cv-03022-SVK                    1

1.    The Court shall remand this case to USCIS directing the agency to take all necessary actions and to issue a decision on Plaintiff's application for naturalization within 60-days of the remand, absent unforeseen circumstances.

2.    If USCIS does not issue a decision on Plaintiff's application for naturalization within the time frames set forth above, Defendants agree not to oppose any motion by Plaintiff requesting that the Court vacate the remand order and reassert jurisdiction over Plaintiff's action pursuant to 8 U.S.C. § 1447(b).

3.    Each of the parties shall bear their own costs and fees.

Dated: June 9, 2026                                    Respectfully submitted[1],

                                                       CRAIG H. MISSAKIAN
                                                       United States Attorney


                                                       /s/ Molly A. Friend
                                                       MOLLY A. FRIEND
                                                       Assistant United States Attorney
                                                       Attorneys for Defendants


Dated: June 9, 2026

                                                       /s/ Gaurav Sharma
                                                       GAURAV SHARMA
                                                       Pro Se Plaintiff


### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Date:      June 10, 2026

                                                       _____
                                                       HON. SUSAN VAN KEULEN
                                                       United States Magistrate Judge


---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Remand
Case No. 5:26-cv-03022-SVK                    2